DIANA R. LOTFI, ESQ. (SBN 252892)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
450 Newport Center Drive, Suite 630
Newport Beach, CA 92660
Telephone: (949) 791-1060
Facsimile: (949) 791-1070

Attorney for Plaintiff THE MOUNTAIN CLUB OWNER'S ASSOCIATION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MOUNTAIN CLUB OWNER'S ASSOCIATION, | Case No. 2:13-CV-01835-WBS-KJN |
| Plaintiff, | **STIPULATION & ORDER TO EXTEND TIME** |
| vs. | |
| GRAYBAR ELECTRIC COMPANY, INC., | |
| Defendant. | |

WHEREAS, Plaintiff served the Complaint on the undersigned Defendant on or about September 9, 2013; and

WHEREAS, Defendant has not previously requested an extension of time to answer or move with respect to the Complaint;

IT IS HEREBY STIPULATED by the undersigned parties that Defendant's time to answer, move or otherwise respond to the Complaint shall be extended to October 31, 2013.

1 | Dated: October 11, 2013        FORAN GLENNON PALANDECH PONZI &
2 |                                RUDLOFF PC
3 |                        By:    /s/
4 |                               DIANA R. LOTFI
  |                               Attorney for Plaintiff, THE MOUNTAIN CLUB
5 |                               OWNER'S ASSOCIATION

6 | Dated: October _11_, 2013     STOEL RIVES

7 |
8 |                        By:    /s/
  |                               MICHAEL B. BROWN
9 |                               Attorney for Defendant, GRAYBAR ELECTRIC
  |                               COMPANY

**IT IS SO ORDERED:**

    **Dated: October 15, 2013**

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Foran Glennon Palandech Ponzi & Rudloff PC, whose business address is 450 Newport Center Drive, Suite 630, Newport Beach, California 92660 ("the firm").

On October 11, 2013, I served the within document(s) described as: **STIPULATION & ORDER TO EXTEND TIME** on the interested parties in this action by placing true copy(ies) thereof enclosed in sealed envelope(s) addressed as follows:

● **BY MAIL** (Code Civ. Proc. §§ 1013a(3))–I deposited such envelope(s) for processing in the mailroom in our offices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Newport Beach, California, in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**BY FAX** (Code Civ. Proc. § 1013(a), (e); Cal. Rules of Court, Rule 2.306)– By transmitting said document(s) by electronic facsimile at approximately         .m. at 450 Newport Center Drive, Suite 630, California 92660, to the respective facsimile number(s) of the party(ies) as stated on the attached mailing list. The facsimile machine I used complied with California Rules of Court, Rule 2.301, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2.306, I caused the machine to print a record of the transmission, a copy of which is attached to this declaration.

**BY OVERNIGHT MAIL** (Code Civ. Proc. § 1013(c))–I placed said envelope(s) for collection by ***Federal Express ***, following ordinary business practices, at the business offices of Foran Glennon Palandech Ponzi & Rudloff PC for collection and processing of correspondence with said overnight mail service, and said envelope(s) will be deposited with said overnight mail service on said date in the ordinary course of business.

I am "readily familiar" with the firm's practice of collection and processing of correspondence for service with said overnight mail service. It is deposited with said overnight mail service on that same day in the ordinary course of business. I am aware that, on motion of a party served, service is presumed invalid if the said overnight delivery service cancellation date or delivery date on the overnight delivery service is more than one day after the date of deposit with said overnight delivery service contained in this affidavit.

**BY E-MAIL OR ELECTRONIC TRANSMISSION** (Code Civ. Proc. § 1010.6(a)(6))–Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 11, 2013, at Newport Beach, California.

_____
CELIA M. CAMACHO

# SERVICE LIST

| | |
|---|---|
| Michael B. Brown<br>Stoel Rives LLP<br>10008 S.E. River Street<br>Truckee, CA  96161<br>Telephone: (530) 582-2282<br>Facsimile: (530) 582-2281<br>Email: mbbrown@stoel.com | Attorney for Defendant, GRAYBAR ELECTRIC COMPANY |