DIANA R. LOTFI, ESQ. (SBN 252892)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
450 Newport Center Drive, Suite 630
Newport Beach, CA 92660
Telephone: (949) 791-1060
Facsimile: (949) 791-1070

Attorney for Plaintiff THE MOUNTAIN CLUB OWNER'S ASSOCIATION

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE MOUNTAIN CLUB OWNER'S ASSOCIATION,<br><br>    Plaintiff,<br><br>vs.<br><br>GRAYBAR ELECTRIC COMPANY, INC.,<br><br>    Defendant. | Case No. 2:13-CV-01835-WBS-KJN<br><br>[~~**PROPOSED**~~] **ORDER ON PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT DEFENDANT GRAYBAR ELECTRIC COMPANY, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**<br><br>Date:    January 13, 2014<br>Time:    2:00 p.m.<br>Crtrm.:   5, 14th Floor<br><br>Hon. William B. Shubb |

[PROPOSED] ORDER

Plaintiff, The Mountain Club Owner's Association ("Plaintiff"), submitted its Request for Telephonic Appearance at Graybar Electric Company, Inc.'s ("Defendant") Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) or, in the Alternative, for a More Definite Statement ("Motion to Dismiss") hearing, set for January 13, 2013 at 2:00 p.m., in Courtroom 5 of the United States District Court – Eastern Division. After full consideration, the Court rules as follows:

**IT IS HEREBY ORDERED** that:

1. Plaintiff's counsel shall appear telephonically.

2. Plaintiff's counsel can be reached on the day of the hearing directly at (949) 791-1064.

3.  The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.  Diana R. Lotfi's email address is dlotfi@fgppr.com.

Dated:  December 23, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE