MICHAEL B. BROWN (SB #179222)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781
Email: mbbrown@stoel.com

Thomas P. Berra, Jr.  (*pro hac vice*)
Edward T. Pivin (*pro hac vice*)
LEWIS RICE & FINGERSH, L.C.
600 Washington Ave., Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-1352
Facsimile: (314) 612-1352
Email: tberra@lewisrice.com
         epivin@lewisrice.com

Attorneys for Defendant
GRAYBAR ELECTRIC COMPANY, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE MOUNTAIN CLUB OWNER'S ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>GRAYBAR ELECTRIC COMPANY, INC.,<br><br>Defendant. | Case No. 2:13-CV-01835-WBS-KJN<br><br>**[PROPOSED] ORDER ON DEFENDANT GRAYBAR ELECTRIC COMPANY, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT HEARING RE MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**<br><br>Date: January 13, 2014<br>Time: 2:00 p.m.<br>Courtroom: 5, 14th floor<br><br>Hon. William B. Shubb |

[PROPOSED] ORDER

Defendant, GRAYBAR ELECTRIC COMPANY, INC. ("Defendant"), submitted its

Request for Telephonic Appearance at its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER RE DEFENDANT'S
REQUEST FOR TELEPHONIC
APPEARANCE
75287839.1 0043714-00003

-1-

CASE NO. 2:13-CV-01835-WBS-KJN

or, in the Alternative, for a More Definite Statement ("Motion to Dismiss") hearing, set for January 13, 2014, at 2:00 p.m., in Courtroom 5 of the United States District Court – Eastern Division. After full consideration, the Court rules as follows:

IT IS HEREBY ORDERED that:

1. Defendant's counsel, Thomas P. Berra, Jr. shall appear telephonically at the Motion to Dismiss hearing on Jan. 13, 2014 at 2:00 p.m.

2. Thomas B. Berra, Jr. can be reached on the day of the hearing directly at (314) 444-1352.

3. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call. Thomas B. Berra, Jr.'s email address is tberra@lewisrice.com.

Dated:  December 31, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stoel Rives LLP
Attorneys At Law
Sacramento

[PROPOSED] ORDER RE DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE

-2-

CASE NO. 2:13-CV-01835-WBS-KJN

75287839.1 0043714-00003