DIANA R. LOTFI, ESQ. (SBN 252892)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
450 Newport Center Drive, Suite 630
Newport Beach, CA 92660
Telephone: (949) 791-1060
Facsimile: (949) 791-1070

Attorney for Plaintiff THE MOUNTAIN CLUB OWNER'S ASSOCIATION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE MOUNTAIN CLUB OWNER'S ASSOCIATION, | ) Case No. 2:13-CV-01835-WBS-KJN |
|---|---|
| Plaintiff, | ) **STIPULATION & ORDER TO CONTINUE SCHEDULING CONFERENCE AND RELATED DATES** |
| vs. | ) |
| GRAYBAR ELECTRIC COMPANY, INC., | ) |
| Defendant. | ) |
| _____ | ) |

WHEREAS, the Court notified the parties of the Scheduling Conference for February 18, 2014 at 2:00 p.m. in courtroom 5 (WBS) before Judge William B. Shubb; and

WHEREAS, Defendant's Motion to Dismiss the Complaint was granted on January 13, 2014 and Plaintiff has twenty days from the date the Order was signed to file an amended complaint;

WHEREAS, the parties would have a more meaningful opportunity to meet and confer in preparation of filing a Joint Status Report and Scheduling Order after Defendant responds to Plaintiff's First Amended Complaint.

THEREFORE, the parties respectfully request the Scheduling Conference and related dates be continued thirty days such that the date to meet and confer and file the Joint Status Report result in a date after Plaintiff's filing of the First Amended Complaint.

IT IS HEREBY STIPULATED by the undersigned parties that the Scheduling Conference scheduled for February 18, 2014 at 2:00 p.m. in courtroom 5 (WBS) before Judge William B. Shubb is continued to **March 31, 2014 at 2:00 p.m.**

IT IS HEREBY FURTHER STIPULATED by the undersigned parties that the Joint Status Report shall be filed no later than **March 17, 2014**.

Dated:  January 27, 2014            FORAN GLENNON PALANDECH PONZI &
                                    RUDLOFF PC

                                    By: /s/ *Diana R. Lotfi*
                                        DIANA R. LOTFI
                                        Attorney for Plaintiff, THE MOUNTAIN CLUB
                                        OWNER'S ASSOCIATION

Dated:  January 27, 2014            STOEL RIVES

                                    By: /s/ *Michael B. Brown*
                                        MICHAEL B. BROWN
                                        Attorney for Defendant, GRAYBAR ELECTRIC
                                        COMPANY

**IT IS SO ORDERED:**

Dated:  January 28, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE