DIANA R. LOTFI, ESQ. (SBN 252892)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
450 Newport Center Drive, Suite 630
Newport Beach, CA 92660
Telephone: (949) 791-1060
Facsimile: (949) 791-1070

Attorney for Plaintiff THE MOUNTAIN CLUB OWNER'S ASSOCIATION

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE MOUNTAIN CLUB OWNER'S ASSOCIATION, | ) ) ) | Case No. 2:13-CV-01835-WBS-KJN |
| Plaintiff, | ) ) | **STIPULATION & ORDER TO CONTINUE SCHEDULING CONFERENCE AND RELATED DATES** |
| vs. | ) ) ) | |
| GRAYBAR ELECTRIC COMPANY, INC., | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

WHEREAS, the Court notified the parties of the Scheduling Conference for March 31, 2014 at 2:00 p.m. in courtroom 5 (WBS) before Judge William B. Shubb; and

WHEREAS, Defendant's Motion to Dismiss the Complaint was granted on January 13, 2014 and Plaintiff had twenty days from the date the Order was signed to file an amended complaint;

WHEREAS, Plaintiff filed an amended complaint on January 31, 2014;

WHEREAS, Defendant's filed a Motion to Dismiss Plaintiff's First Amended Complaint on February 14, 2014;

WHEREAS, the hearing on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is set for March 24, 2014;

WHEREAS, the parties would have a more meaningful opportunity to meet and confer in preparation of filing a Joint Status Report and Scheduling Order after a ruling on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is heard.

THEREFORE, the parties respectfully request the Scheduling Conference and related dates are continued thirty days such that the date to meet and confer and file the Joint Status Report result in a date after hearing Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

IT IS HEREBY STIPULATED by the undersigned parties that the Scheduling Conference scheduled for March 31, 2014 at 2:00 p.m. in courtroom 5 (WBS) before Judge William B. Shubb is continued to __April 28, 2014 at 2:00 p.m._____.

IT IS HEREBY FURTHER STIPULATED by the undersigned parties that the Joint Status Report shall be filed no later than _April 14, 2014_____.

Dated:  February 27, 2014          FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: /s/ *Diana R. Lotfi*_____
DIANA R. LOTFI
Attorney for Plaintiff, THE MOUNTAIN CLUB OWNER'S ASSOCIATION

Dated:  February 27, 2014          STOEL RIVES

By: /s/ *Michael B. Brown*_____
MICHAEL B. BROWN
Attorney for Defendant, GRAYBAR ELECTRIC COMPANY

**IT IS SO ORDERED:**

**Dated:  February 28, 2014**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: _____

_____
WILLIAM B. SHUBB
Senior United States District Judge

2