Michael B. Brown (SB #179222)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781
Email:  mbbrown@stoel.com

Thomas P. Berra, Jr.  (*pro hac vice*)
Edward T. Pivin (*pro hac vice*)
LEWIS RICE & FINGERSH, L.C.
600 Washington Ave., Suite 2500
St. Louis, MO  63101
Telephone:  (314) 444-1352
Facsimile:  (314) 612-1352
Email:  tberra@lewisrice.com
          epivin@lewisrice.com

Attorneys for Defendant
GRAYBAR ELECTRIC COMPANY, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MOUNTAIN CLUB OWNER'S ASSOCIATION,<br><br>    Plaintiff,<br><br>  vs.<br><br>GRAYBAR ELECTRIC COMPANY, INC.,<br><br>    Defendant. | Case No. 2:13-CV-01835-WBS-KJN<br><br>**STIPULATION & [PROPOSED] ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE, SCHEDULING CONFERENCE, AND RELATED DATES** |

WHEREAS, the initial Scheduling Conference in this case is currently set for April 28, 2014 at 2:00 p.m. in courtroom 5 (WBS) before Judge William B. Shubb; and

WHEREAS, Plaintiff Mountain Club Owner's Association filed its First Amended Complaint on January 31, 2014, asserting two counts against Defendant Graybar Electric Company, Inc.: (1) "Count One – Strict Product Liability" and (2) "Count Two – Negligence"; and

WHEREAS, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint on February 14, 2014; and

WHEREAS, on March 25, 2014, the Court entered an Order granting Defendant's Motion as to Count II ("Negligence") and denying Defendant's Motion as to Count I ("Strict Product Liability"). Plaintiff has twenty days from the date the Order was signed to file an amended complaint as to its negligence claim consistent with the Court's Order, and Defendant has fourteen days from the date the Order was signed to respond to Plaintiff's strict product liability claim; and

WHEREAS, Plaintiff intends to file a Second Amended Complaint during the week of April 7, 2014 asserting both strict product liability and negligence counts against Defendant; and

WHEREAS, in the interest of efficiency, the parties have agreed that Defendant shall have fourteen days from the date Plaintiff files its Second Amended Complaint to plead or otherwise respond to Plaintiff's strict product liability claim; and

WHEREAS, the parties would have a more meaningful opportunity to meet and confer in preparation for filing a Joint Status Report and Scheduling Order after Defendant has had an opportunity to respond to Plaintiff's Second Amended Complaint;

THEREFORE, the parties respectfully request that (a) the deadline for Defendant to plead or otherwise respond to Plaintiff's strict product liability claim be continued to fourteen (14) days after the date on which Plaintiff serves its Second Amended Complaint, and (b) the Scheduling Conference and related dates are continued thirty (30) days such that the date to meet and confer and file the Joint Status Report result in a date after Defendant has responded to Plaintiff's Second Amended Complaint.

IT IS HEREBY STIPULATED by the undersigned parties that Defendant Graybar Electric Company, Inc. shall plead or otherwise respond to Plaintiff's strict product liability claim no later than fourteen (14) days after the date on which Plaintiff serves its Second Amended Complaint; and

IT IS HEREBY FURTHER STIPULATED by the undersigned parties that the Scheduling Conference scheduled for April 28, 2014 at 2:00 p.m. in courtroom 5 (WBS) before Judge

STIPULATION & ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE, SCHEDULING CONFERENCE, AND RELATED DATES

75900959.1 0043714-00003

1 William B. Shubb is continued to June 9, 2014, or as soon thereafter as the matter may be heard;
2 and
3    IT IS HEREBY FURTHER STIPULATED by the undersigned parties that the Joint Status
4 Report shall be filed no later than May 26, 2014.

Dated:  April 2, 2014          STOEL RIVES LLP

                               By: /s/    Michael B. Brown
                                   Attorney for Defendant, GRAYBAR ELECTRIC
                                   COMPANY

Dated:  April 2, 2014          FORAN GLENNON PALANDECH PONZI &
                                   RUDLOFF PC

                               By: /s/    Diana R. Lotfi
                                   DIANA R. LOTFI
                                   Attorney for Plaintiff, THE MOUNTAIN CLUB
                                   OWNER'S ASSOCIATION

### ORDER

**IT IS SO ORDERED THAT** the stipulated responsive pleading and Joint Status Report deadlines proposed by the parties are approved and adopted by this Court.  The Scheduling Conference shall be held on **June 9, 2014 at 2:00 p.m. in Courtroom 5.**  A Joint Status Report shall be filed no later than **May 27, 2014**.

Dated:  April 2, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE