Michael B. Brown (SB #179222)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781
Email:  mbbrown@stoel.com

Thomas P. Berra, Jr.  (*pro hac vice*)
Edward T. Pivin (*pro hac vice*)
LEWIS RICE & FINGERSH, L.C.
600 Washington Ave., Suite 2500
St. Louis, MO  63101
Telephone:  (314) 444-1352
Facsimile:  (314) 612-1352
Email:  tberra@lewisrice.com
         epivin@lewisrice.com

Attorneys for Defendant
GRAYBAR ELECTRIC COMPANY, INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MOUNTAIN CLUB OWNER'S ASSOCIATION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>GRAYBAR ELECTRIC COMPANY, INC.,<br><br>                    Defendant. | Case No. 2:13-CV-01835-WBS-KJN<br><br>**STIPULATION & ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO CONTINUE THE DEADLINE TO JOIN PARTIES AND AMEND THE PLEADINGS** |

COMES NOW, Plaintiff, The Mountain Club Owners Association ("Plaintiff"), and Defendant, Graybar Electric Company, Inc. ("Defendant" or "Graybar"), by and through their respective undersigned counsel, and pursuant to FED. R. CIV. P. 16(b)(4) stipulate to modify the Court's Status (Pretrial Scheduling) Order of June 2, 2014 (Doc. # 44), to continue the deadline for joining parties and amending the pleadings. Good cause exists for the requested modification.

1   WHEREAS, this is a products liability case in which Plaintiff claims that an electric cable
2   distributed or supplied by Graybar contained a manufacturing defect that caused a fire on
3   Plaintiff's property (*see* Second Amend. Compl. Doc. # 40, at ¶¶ 8-11);

4   WHEREAS, this Court, after reviewing the parties' Joint Status Report, entered a Status
5   (Pretrial Scheduling) Order (the "Order") on June 2, 2014, establishing various pleading and
6   discovery deadlines and setting the case for a jury trial on September 9, 2015 (Doc. # 44);

7   WHEREAS, pursuant to the Order, the parties have until December 5, 2014, to join
8   additional parties or amend the pleadings:

> Defendant indicates that it may seek to implead one or more third-party defendants for contribution and/or indemnity, and shall do so by no later than December 5, 2014. After that date, no further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

(Doc. #: 44 at § II.)

WHEREAS, a scheduling order entered pursuant to RULE 16(b) "may be modified only for good cause and with the judge's consent." FED. R. CIV. P. 16(b)(4).

WHEREAS, good cause exits in that it is anticipated the parties will seek to join or implead the manufacturer of the electric cable at issue should the manufacturer be identified;

WHEREAS, good cause exists in that the parties have conducted written discovery, physical inspections of Plaintiff's property and the electrical cable, and Defendant has conducted extensive third-party discovery but, to date, the manufacturer has not yet been identified;

WHEREAS, good cause exists in that it is anticipated that additional discovery and investigation may lead to the identification of the cable manufacturer;

WHEREAS, it is agreed that, to allow the parties to continue their respective investigations and conduct additional discovery to identify the manufacturer of the electric cable, the deadline for joining parties and amending the pleadings be continued to February 27, 2015;

WHEREAS, neither party would be prejudiced by the requested extension set forth herein, and counsel for the parties believe that the interests of justice and efficiency would be served by an Order granting the requested extension; and

WHEREAS, pursuant to the Court's Order, "[a]ny requests to modify the dates or terms of [the] Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge." (Doc. # 44 at § IX);

WHEREAS, the instant stipulation does not include a request to continue the trial date, currently scheduled for September 9, 2015.

THEREFORE, the parties respectfully request that the party joinder and pleading amendment deadline set forth in the Court's Order (Doc. # 44 at § II) be continued to February 27, 2015.

IT IS HEREBY STIPULATED by the undersigned that the parties have until no later than February 27, 2015, to seek leave to join additional parties or amend the pleadings. After that date, no further joinder of parties or amendments to pleadings will be permitted except with leave of the court, good cause having been shown under FEDERAL RULE OF CIVIL PROCEDURE 16(b).

Dated:  November 21, 2014         STOEL RIVES LLP

                                  By: /s/ Michael B. Brown
                                      Michael B. Brown
                                      Attorney for Defendant
                                      GRAYBAR ELECTRIC COMPANY

Dated:  November 21, 2014         FORAN GLENNON PALANDECH PONZI &
                                  RUDLOFF PC

                                  By: /s/ Diana R. Lotfi (as authorized via email on 11/21/14)
                                      Diana R. Lotfi
                                      Attorney for Plaintiff
                                      THE MOUNTAIN CLUB OWNER'S ASSOCIATION

## ORDER

**IT IS SO ORDERED THAT,** good cause having been shown, the stipulated party joinder and pleading amendment deadline proposed by the parties is approved and adopted by this Court. The parties shall have until no later than February 27, 2015, to seek leave to join additional parties or amend the pleadings. After that date, no further joinder of parties or amendments to pleadings will be permitted except with leave of the court, good cause having been shown under FEDERAL RULE OF CIVIL PROCEDURE 16(b).

Dated: November 24, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

4

**STIPULATION & ORDER TO MODIFY THE PRETRIAL SCHEDULING ORDER TO CONTINUE THE DEADLINE TO JOIN PARTIES AND AMEND THE PLEADINGS**

77648288.1 0043714-00003