1   HASSARD BONNINGTON LLP
    Philip S. Ward, Esq., SBN 51768
2   Joanna L. Storey, Esq., SBN 214952
    275 Battery Street, Suite 1600
3   San Francisco, California  94111
    Telephone:  (415) 288-9800
4   Fax:  (415) 288-9801
    Email: psw@hassard.com
5          jls@hassard.com

6   Attorneys for Third-Party Defendant
    GENERAL CABLE CORPORATION

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  THE MOUNTAIN CLUB OWNER'S              Case No. 2:13-CV-01835-WBS-KJN
    ASSOCIATION,
13                                         **STIPULATION AND [~~PROPOSED~~]**
                    Plaintiff,             **ORDER MODIFYING STATUS**
14                                         **(PRETRIAL SCHEDULING)**
          vs.                              **ORDER**
15
    GRAYBAR ELECTRIC COMPANY,
16  INC.,

17                  Defendant/Third-
                    Party Plaintiff,
18        vs.

19  GENERAL CABLE CORPORATION

20                  Third-Party
                    Defendant
21

22

23          The Mountain Club Owner's Association ("Plaintiff"), defendant

24  Graybar Electric Company, Inc. ("Graybar") and Third-Party Defendant General Cable

25  Corporation ("General Cable") (collectively "the Parties"), by and through their

26  respective counsel of record and pursuant to FED.R.CIV.PROC. 16(b)(4), hereby

27  stipulate to modify the Court's Status (Pretrial Scheduling) Order (Docket No. 44), as

28  modified by the stipulations and orders reflected in Doc. Nos. 45, 46, 47 and 52, as

-1-

follows:

WHEREAS, this is a products liability case in which Plaintiff claims that an electric cable distributed or supplied by Graybar contained a manufacturing defect that caused a fire on Plaintiff's property (*see* Second Amend. Compl. Doc. No. 40, at ¶¶ 8-11); and

WHEREAS, this Court, after reviewing the parties' Joint Status Report, entered a Status (Pretrial Scheduling) Order (the "Order") on June 2, 2014, establishing various pleading and discovery deadlines and setting the case for a jury trial on September 9, 2015 (Doc. No. 44); and

WHEREAS, the Order was modified in certain respects by subsequent stipulations and orders (Doc. Nos. 45, 46, 47 and 52); and

WHEREAS, when the Order was entered, and subsequently modified, General Cable was not a party to this action; and

WHEREAS, on February 3, 2015, Graybar filed a Third-Party Complaint against General Cable alleging that General Cable manufactured the subject cable, thereby entitling Graybar to contribution if not complete indemnity for any damages awarded to Plaintiff; and

WHEREAS, on February 19, 2015, General Cable filed its answer to Graybar's Third-Party Complaint; and

WHEREAS, the parties other than General Cable have been in this case for almost a year and one-half, with discovery (including site inspections and limited destructive testing) ongoing; and

WHEREAS, the Parties agree that the Order should be modified to provide General Cable with sufficient time to fairly participate in discovery and, if necessary, file pretrial dispositive motions; and

WHEREAS, a scheduling order entered pursuant to FED. R. CIV. PROC. 16(b) "may be modified only for good cause and with the judge's consent."

-2-

STIPULATION AND [PROPOSED] ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER
G:\DOCS\SHU\DSHU2\inBOX\Signed\Orders Submitted to Docketing\13cv1835 Mountain Club - Stip to Modify Pretrial Dates.docx-33115

FED. R. CIV. PROC. 16(b)(4); and

WHEREAS, good cause exists to modify the Order to allow General Cable to conduct discovery, including site inspections and testing/examination of the subject cable, together with a reasonable opportunity to retain expert consultants/witnesses to assist in its defense of the Third-Party Complaint; and

WHEREAS, none of the Parties would be prejudiced by the requested extensions set forth herein, and counsel for the Parties believe that the interests of justice and efficiency would be served by an order revising the Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that good cause has been shown and the Order shall be modified as follows, subject to further modification upon a good cause showing under FED. R. CIV. PROC. 16(b)(4):

1.      General Cable's Initial Disclosures pursuant to FED. R. CIV. PROC. 26(a)(1) and (c) shall be due on or before April 24, 2015;

2.      The time for joinder of parties and filing amendments shall be extended until May 1, 2015;

3.      Expert Disclosure/Reports (FED. R. CIV. PROC. 26(a)(2)) shall be extended until August 24, 2015;

4.      Disclosure of Rebuttal Experts/Reports (FED. R. CIV. PROC. 26(a)(2)) shall be extended until September 25, 2015;

5.      The Discovery Completion date shall be extended until October 9, 2015;

6.      The date for the Court hearing any discovery motions shall be extended until October 9, 2015;

7.      The date for filing motions, with stated exceptions, shall be extended until October 23, 2015;

8.      The date for the Final Pretrial Conference shall be continued to

-3-
STIPULATION AND [PROPOSED] ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER

**January 19, 2016 at 2:00 p.m**; and

        9.    The trial date shall be continued from September 9, 2015 until

**March 8, 2016 at 9:00 a.m.**

        IT IS SO STIPULATED.

Dated:  March 31, 2015          HASSARD BONNINGTON LLP

                                      /s/Philip S. Ward

                           _____

                           Philip S. Ward
                           Attorneys for Third-Party Defendant
                           GENERAL CABLE CORPORATION

Dated:  March 31, 2015          FORAN GLENNON PALANDECH PONZI
                           AND RUDLOFF

                           /s/Diana Roya Lotfi
                           (authorized on March 27, 2015)

                           _____
                           Diana Roya Lotfi
                           Attorneys for Plaintiff THE MOUNTAIN
                           CLUB OWNER'S ASSOCIATION

Dated:  March 31, 2015          LEWIS RICE LLC

                           /s/Thomas P. Berra, Jr.
                           (authorized on March 30, 2015)

                           _____
                           Thomas P. Berra, Jr.
                           Attorneys for Defendant and Third Party
                           Plaintiff GRAYBAR ELECTRIC COMPANY,
                           INC.

        IT IS SO ORDERED.

Dated:  March 31, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-4-