HASSARD BONNINGTON LLP
Philip S. Ward, Esq., SBN 51768
Joanna L. Storey, Esq., SBN 214952
275 Battery Street, Suite 1600
San Francisco, California  94111
Telephone:  (415) 288-9800
Fax:  (415) 288-9801
Email: psw@hassard.com
       jls@hassard.com

Attorneys for Defendant
GRAYBAR ELECTRIC COMPANY, INC. and
Third-Party Defendant GENERAL CABLE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MOUNTAIN CLUB OWNER'S ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GRAYBAR ELECTRIC COMPANY, INC.,<br><br>　　　Defendant/Third-Party Plaintiff,<br>　　vs.<br><br>GENERAL CABLE CORPORATION<br><br>　　　Third-Party Defendant | Case No. 2:13-CV-01835-WBS-KJN<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

　　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the DEFENDANT / THIRD-PARTY PLAINTIFF GRAYBAR ELECTRIC COMPANY, INC.'S THIRD-PARTY COMPLAINT AGAINST GENERAL CABLE CORPORATION (Dkt. No. 49) be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

/ / / /

IT IS SO STIPULATED.

Dated: March 9, 2016               HASSARD BONNINGTON LLP

                                          / s / Philip S. Ward
Philip S. Ward, SBN 51768
Attorneys for Defendant GRAYBAR ELECTRIC
COMPANY, INC. and Third-Party Defendant
GENERAL CABLE CORPORATION
HASSARD BONNINGTON LLP

Dated: March 9, 2016               FORAN GLENNON PALANDECH PONZI &
                                   RUDLOFF PC

                                          / s / Keith E. Butler
Keith E. Butler, SBN 200496
Attorneys for Plaintiff THE MOUNTAIN CLUB
OWNER'S ASSOCIATION

## **ORDER**

Pursuant to Stipulation, the DEFENDANT / THIRD-PARTY PLAINTIFF GRAYBAR ELECTRIC COMPANY, INC.'S THIRD-PARTY COMPLAINT AGAINST GENERAL CABLE CORPORATION (Dkt. No. 49) is dismissed without prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

Dated: March 9, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE