DIANA R. LOTFI, ESQ. (SBN 252892)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
450 Newport Center Drive, Suite 630
Newport Beach, CA 92660
Telephone: (949) 791-1060
Facsimile: (949) 791-1070
Email: kbutler@fgppr.com
       dlotfi@fgppr.com

JAMES B. GLENNON, ESQ. (CA SBN 303134)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 N. LaSalle, Suite 1400
Chicago, IL 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5099
Email: jglennon@fgppr.com
       gpilja@fgppr.com

Attorneys for Plaintiff THE MOUNTAIN CLUB OWNER'S ASSOCIATION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MOUNTAIN CLUB OWNER'S ASSOCIATION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GRAYBAR ELECTRIC COMPANY, INC., and DOES 1-50,<br><br>　　　　　　Defendants.<br><br>　vs.<br><br>GENERAL CABLE CORPORATION,<br><br>　　　　　　Third-Party Defendant. | Case No. 2:13-CV-01835-WBS-KJN<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND FILING OF DISPOSITIONAL DOCUMENTS AND [~~PROPOSED~~] ORDER**<br><br>TRIAL DATE:　May 24, 2016 |

　　　IT IS HEREBY STIPULATED by and between the parties to the action through their designated counsel that Plaintiff, THE MOUNTAIN CLUB OWNER'S ASSOCIATION and Defendant, GRAYBAR ELECTRIC COMPANY, INC. modify (Dkt. No. 114), to allow Plaintiff to file dispositional documents with the court within thirty days' of this notice but no later than

1  Thursday, May 26, 2016 and to continue the trial date of May 24, 2016 to June 28, 2016.  Good
2  cause exists for the requested modification.
3      WHEREAS, the parties are still in the process of finalizing the settlement agreement;
4      WHEREAS, the settlement check will not be received by April 29, 2016;
5      THEREFORE, the parties respectfully request that the deadline to file dispositional
6  documents with the court be continued to May 26, 2016 and continue the trial date to June 28,
7  2016 at 9:00 a.m.
8      IT IS HEREBY STIPULATED by the undersigned that the parties shall file dispositional
9  documents with the court within thirty days' of this notice but no later than Thursday, May 26,
10 2016.
11     IT IS HEREBY STIPULATED by the undersigned parties that the Trial scheduled for May
12 24, 2016 at 9:00 a.m. in courtroom 5 (WBS) before Judge William B. Shubb is continued to June
13 28, 2016 at 9:00 a.m. in courtroom 5.
14
15     IT IS SO STIPULATED.
16 Dated:  April 29, 2016    FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
17
18     By: /s/ *Diana R. Lotfi*
       DIANA R. LOTFI, ESQ.
       Attorney for Plaintiff, THE MOUNTAIN CLUB
19        OWNER'S ASSOCIATION
20 Dated:  April 26, 2016    HASSARD BONNINGTON LLP
21
22     By: /s/ *Philip S. Ward*
       PHILIP S. WARD, ESQ.
       Attorneys for Defendant, GRAYBAR ELECTRIC
23        COMPANY, INC.
24
25
26
27
28

**<u>ORDER</u>**

Pursuant to the Stipulation, the parties Plaintiff, THE MOUNTAIN CLUB OWNER'S ASSOCIATION and Defendant, GRAYBAR ELECTRIC COMPANY, INC. shall file dispositional documents with the court within thirty days' of this notice but no later than Thursday, May 26, 2016 and Trial date is continued to June 28, 2016 at 9:00 a.m. in courtroom 5.

IT IS SO ORDERED.

Dated:  April 29, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE