DIANA R. LOTFI, ESQ. (SBN 252892)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
450 Newport Center Drive, Suite 630
Newport Beach, CA 92660
Telephone: (949) 791-1060
Facsimile: (949) 791-1070
Email: kbutler@fgppr.com
dlotfi@fgppr.com

JAMES B. GLENNON, ESQ. (CA SBN 303134)
GEORGE D. PILJA, ESQ. (*Pro Hac Vice*)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 N. LaSalle, Suite 1400
Chicago, IL 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5099
Email: jglennon@fgppr.com
gpilja@fgppr.com

Attorneys for Plaintiff THE MOUNTAIN CLUB OWNER'S ASSOCIATION

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MOUNTAIN CLUB OWNER'S ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>GRAYBAR ELECTRIC COMPANY, INC., and DOES 1-50,<br><br>Defendants. | Case No. 2:13-CV-01835-WBS-KJN<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>TRIAL DATE:   June 28, 2016 |

Plaintiff, THE MOUNTAIN CLUB OWNER'S ASSOCIATION and Defendant, GRAYBAR ELECTRIC COMPANY, INC. (collectively, the "Parties") notified the court of the settlement of the above entitled action.

In light of the settlement and anticipated dismissal, the Court entered an order conditionally settling the case on March 29, 2016 (Dkt. 114) and permitting the Parties to finalize the settlement by May 26, 2016.

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
Case No. 2:13-CV-01835-WBS-KJN

The settlement has been finalized, and the Parties have filed a stipulation and request for dismissal with prejudice of the above captioned matter in its entirety including any and all claims set forth in The Mountain Club Owner's Association's complaint against Defendant Graybar Electric Company, Inc.

After full consideration, the Court hereby orders the following:

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the complaint filed in the above captioned action by The Mountain Club Owner's Association against Defendant may be dismissed with prejudice;

2. No award of attorneys' fees or costs, or of expert fees or costs, is or shall be made in favor of any party.  Rather, each party agrees to bear its own costs and attorneys' fees incurred in connection with the above captioned matter and any claims dismissed therein; and,

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement entered into between the Parties and to resolve any disputes relating to, or arising under, the Settlement Agreement.

Dated:  May 27, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE